**Jamie Elizabeth Schmid**
California State Bar No. 339135
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Jamie_Schmid@fd.org

Attorneys for Jonathan Bonyhard

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 25-CR-0984-BTM |
| Plaintiff, | Hon. Jill L. Burkhardt |
| v. | |
| JONATHAN BONYHARD, | **MOTION FOR LEAVE OF COURT TO TRAVEL TO MEXICO FOR DENTAL APPOINTMENTS** |
| Defendant. | |

## I.    INTRODUCTION

Jonathan Bonyhard respectfully requests that the Court grant him leave to travel to Mexico specifically to receive dental treatment. Mr. Bonyhard's Pretrial Officer Taylor Seiss objects to this motion due to the pending summons AUSA Kaley Chan defers to Pretrial Services.

## II.    ARGUMENT

**A. Mr. Bonyhard is eligible to travel to the Mexico for dental appointments under the Bail Reform Act.**

According to the Bail Reform Act, a "judicial officer may at any time amend the order to impose additional or different conditions of release." 18 U.S.C. § 3142(c)(3). Mr. Bonyhard is asking to travel to Mexico for the sole purpose of receiving dental care from Dr. Abraham Perez in Tijuana.

In early February of this year, Mr. Bonyhard began the surgical process of getting full dental implants in his upper jaw. This involved travel to Tijuana, where

dental surgeon Dr. Abraham Perez and an anesthesiologist placed him under "twilight" sedation and removed every tooth in his upper jaw. The doctors then spilt open his gums, inserted metal sockets into the bone of the jaw, stitched up the gums, and told Mr. Bonyhard to come back in two weeks.  When he returned, he was fitted with a 3D-printed temporary implant denture. At the time, Mr. Bonyhard was told by Dr. Perez that he should return in a month to have his stitches removed and be refitted for another temporary 3D-printed appliance, as the swelling in his gums and mouth would have gone down by then, making the appliance he had just been fitted with loose, and prone to shifting position. Mr. Bonyhard has not been able to return since his arrest.

Critically, Dr. Perez explained to Mr. Bonyhard that if the temporary implant shifts too much due to chewing, this will lead to irritation and potential infection of his healing gums and the sites where the metal sockets were placed.  Unfortunately, Mr. Bonyhard is experiencing looseness in his implant, irritation and swelling. He can see what looks like the beginning of a gum infection in his mouth, and the chafing has become very painful. He is worried about his health and needs to see a doctor. He does not have health insurance in the United States and he does not have the money to afford a dental surgeon out-of-pocket here in the United States.

Mr. Bonyhard is seeking the Court's permission to make any appointment(s) recommended by Dr. Perez for the purpose of bringing his dental implant surgery to a successful conclusion and address his gum infection.

Other than the summons in this case regarding the one positive drug test, Mr. Bonyhard has been compliant. He appears timely for all our legal appointments. We communicate weekly. He is in communication with his pretrial officer and does not avoid or miss her calls. He is appearing for his drug testing and calling the line. He is going to be enrolling in college classes, and he wants to continue to further his education.

### III.    <u>CONCLUSION</u>

Mr. Bonyhard asks this Court to grant him permission to travel to Mexico for dental appointments. He will not be staying in Mexico overnight, and only desires to travel to be able to attend his appointments.

Respectfully submitted,

April 10, 2025

*s/ Jamie E. Schmid*
JAMIE E. SCHMID
Federal Defenders of San Diego, Inc.
Attorneys for Jonathan Bonyhard
Email: Jamie_Schmid@fd.org