**JAMIE E. SCHMID**
California State Bar No. 339135
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Ste. 900
San Diego, California 92101
Telephone:(619) 234-8467
Jamie_Schmid@fd.org

Attorneys for Mr. Bonyhard

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   25-CR-0984-BTM |
| Plaintiff, | Hon. Barry T. Moskowitz<br>Date: May 5, 2025<br>Time: 2:00 p.m. |
| v. | |
| JONATHAN BODINE BONYHARD, | **JOINT MOTION TO CONTINUE** |
| Defendant. | **MOTION HEARING/TRIAL**<br>**SETTING; AND EXCLUDE TIME**<br>**UNDER SPEEDY TRIAL ACT** |

Mr. Bonyhard, through counsel, Jamie E. Schmid, and Federal Defenders of San Diego, Inc.; and the Government, through Robert Aaron McElhose, Assistant United States Attorney, jointly move to continue the Motion Hearing/Trial Setting currently scheduled for May 5, 2025, at 2:00 p.m. to **June 2, 2025, at 2:30 p.m.**  The new date is confirmed to be acceptable with court staff.

A continuance is necessary as discovery is still ongoing in this case. This case is headed towards trial. The parties still need to schedule a car viewing. Additionally, defense counsel needs additional time to draft pretrial motions – such as a motion to suppress statements.

///
///
///
///
///

1

Thus, both parties agree that time should be excluded under the Speedy Trial Act because the ends of justice would be served under § 3161(h)(7)(A).


**SO STIPULATED.**


                                              Respectfully submitted,

Dated: <u>April 30, 2025</u>                  <u>*s/ Jamie E. Schmid*</u>
                                              Federal Defenders of San Diego, Inc.
                                              Attorneys for Defendant

Dated: <u>April 30, 2025</u>                  <u>*s/ Robert Aaron McElhose*</u>
                                              Assistant United States Attorney

## CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Robert Aaron McElhose, AUSA to affix their electronic signature to this document.


Dated: April 30, 2025                    *s/ Jamie Schmid*
                                                **JAMIE E. SCHMID**
                                                Federal Defenders of San Diego, Inc.
                                                Attorneys for Mr. Bonyhard

3