Rev. 5/14

### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

USA v. Bonghard                                No. 25cr984

The Court finds excludable delay, under the section indicated by check ( √ ),

commenced on ___5/5/25___ and ended on 6/26/25

| | |
|---|---|
| **3161(h)** | |
| ___(1)(A) Exam or hrg for **mental or physical incapacity** | A |
| ___(1)(B) State or Federal trials or **other charges pending** | C |
| ___(1)(C) **Interlocutory appeals** | D |
| X (1)(D) **Pretrial motions** (from flg to hrg or other prompt dispo) | E |
| ___(1)(E) **Transfers from other district** (per FRCrP 20, 21 & 40) | F |
| ___(1)(H) **Proceedings under advisement** not to exceed thirty days | G |
| ___ Misc proc:  Parole or prob rev, deportation, **extradition** | H |
| ___(1)(F) **Transportation** from another district or to/from examination or hospitalization in ten days or less | J |
| ___(1)(G) Consideration by Court of **proposed plea agreement** | K |
| ___(2) **Prosecution deferred** by mutual agreement | I |
| ___(3)(A)&(B) **Unavailability of defendant** or **essential witness** | M |
| ___(4) Period of **mental or physical incompetence** of defendant to stand trial | N |
| ___(5) **Superseding indictment and/or new charges** | P |
| ___(6) **Defendant awaiting trial of co-defendant**, no severance has been granted | R |
| ___(7)(A)&(B) **Continuances** granted per (h)(7)-use "T" alone if more than one of the reasons below are given in support of continuance | T |
| ___(7)(B)(i) 1)Failure to grant a **continuance** in the proceeding would result in a a **miscarriage of justice.** | T1 |
| ___(7)(B)(ii) 2) **Case** unusual or **complex** | T2 |
| ___(7)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days | T3 |
| ___(7)(B)(iv) 4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)** | T4 |
| ___3161(8)(i) Time up to **withdrawal of guilty plea** | U |
| ___18:3161(b) **Grand jury indictment time extended** thirty (30) more days | W |

Date: ___5/5/25___                Judge's Initials: