PS8B
(09/20)                                                                                                        May 20, 2025

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** Jonathan Bodine Bonyhard

**Dkt No.:** 3:25-cr-00984-BTM-1
3:25-cr-01227-BTM-1

**Name of Judicial Officer:** The Honorable Barry Ted Moskowitz, U.S. District Judge (matter referred to the Honorable Jill L. Burkhardt, U.S. Magistrate Judge)

**Date Conditions Were Ordered:** February 27, 2025, before the Honorable Jill L. Burkhardt, U.S. Magistrate Judge

**Conditions of Release:** The defendant must not violate federal, state, or local law during the period of release; the defendant must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a; the defendant must appear in court as ordered and surrender as directed to serve any sentence; the defendant must not possess a firearm, destructive device, or other dangerous weapon; the defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances; the defendant must report to the U.S. Pretrial Services Office (telephone (619) 557-5738) on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; the defendant must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number; the defendant must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language. The defendant must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form. Restrict travel to: State of California, do not enter Mexico.

*Additional Conditions:* actively seek or continue full-time employment, schooling, or a combination of both; reside with a family member, surety, or at a residence approved by the Pretrial Services Office, including any contract facility; clear all warrants/FTAs and pay all fines within 90 days of release or as directed by the Pretrial Services Office; submit to drug/alcohol testing no more than six (6) times per month and/or outpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office.

**Modification:** On April 17, 2025, the defendant's conditions of release were modified to include participate in and complete a program of inpatient substance abuse therapy and counseling, at the discretion of the Pretrial Services Office. Additionally, the defendant was granted Court permission for day travel to Mexico for the purpose of medical/dental appointments.

**Date Released on Bond:** March 4, 2025

**Charged Offense:** Title 21 U.S.C. 952 - Importation of Methamphetamine (Felony)

**Next Court Hearing:** June 26, 2025, at 1:30p.m., for Evidentiary Hearing before the Honorable Barry Ted Moskowitz, U.S. District Judge.

PS8B
(09/20)

**Name of Defendant:** Jonathan Bodine Bonyhard                                    May 20, 2025
**Docket No.:** 3:25-cr-00984-BTM-1; 01227-BTM-1                                          Page 2

**Asst. U.S. Atty.:**    Robert Aaron McElhose          **Defense Counsel:**  Jamie Schmid    (appointed)

          619-546-7573                                               619-234-8467

**Prior Violation History:** On April 9, 2025, Pretrial Services notified the Court the defendant submitted a urine sample on March 27, 2025, that confirmed positive for the presence of methamphetamine. The defendant admitted the allegation and was ordered to participate in and complete a program of inpatient substance abuse therapy and counseling, at the discretion of Pretrial Services.

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

PRAYING THE COURT WILL ORDER THE DEFENDANT TO SUBMIT TO PYSCHOLOGICAL/PSYCHIATRIC TREATMENT AT THE DISCRETION OF PRETRIAL SERVICES.

### CAUSE

On May 19, 2025, the undersigned met with the defendant who advised he would like to receive mental health treatment. The defendant stated he believes he would benefit treatment and finding a psychotropic medication that would help him with his symptoms. He reported no available resources to obtain services on his own and requested a Pretrial Services contracted mental health provider.

On May 20, 2025, defense counsel, Jamie Schmid, advised she has no objection to the modification of including mental health treatment. Additionally, Assistant U.S. Attorney, Robert McElhose, also advised he does not oppose this modification request.

Additionally, the undersigned contacted the defendant's surety and mother, Ann Bodine, who indicated she does not object to the modification request.

Given this information was not made available prior to the defendant's initial appearance, Pretrial Services respectfully recommends his conditions of release be modified to include he submit to psychological/psychiatric treatment at the discretion of Pretrial Services. Should the above modification be granted, our agency with refer the defendant for mental health services at a Pretrial Services contracted provider and will monitor his progress.

PS8B
(09/20)

**Name of Defendant:** Jonathan Bodine Bonyhard                    May 20, 2025
**Docket No.:** 3:25-cr-00984-BTM-1; 01227-BTM-1                    Page 3

**I declare under penalty of perjury that the foregoing is true and correct.**

**Execute on:** May 20, 2025

Respectfully submitted:                    Review and approved:

by _Taylor J Seiss_                        _Eric Kosmo_
Taylor Seiss                               Eric Kosmo
U.S. Pretrial Services Officer             Supervisory U.S. Pretrial Services Officer
619-915-9354
Place: San Diego, California

---

**THE COURT ORDERS:**

___X___   **AGREE,** ORDER THE DEFENDANT TO SUBMIT TO PYSCHOLOGICAL/PSYCHIATRIC
          TREATMENT AT THE DISCRETION OF PRETRIAL SERVICES.

_____    Other _____

          _____

          _____


_Jill Burkhardt_                                    5/21/25
The Honorable Jill L. Burkhardt                     Date
U.S. Magistrate Judge