ADAM GORDON
United States Attorney
R. AARON McELHOSE
Assistant United States Attorney
Washington State Bar No. 44025
Office of the United States Attorney
880 Front St., Room 6293
San Diego, CA 92101
Telephone: (619) 546-7573
Email: Aaron.McElhose@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERCIA, <br><br> Plaintiff, <br><br> v. <br><br> JOHNATHAN BODINE BONYHARD, <br><br> Defendant. | Case No.: 25-CR-0984-BTM <br><br> **UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** <br><br> The Honorable Barry Ted Moskowitz |

The UNITED STATES OF AMERICA, by and through its counsel, Adam Gordon, United States Attorney, and R. Aaron McElhose, Assistant United States Attorney, respectfully requests that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court dismiss without prejudice the Information (ECF No. 16) in the above-referenced matter. Since this case was filed, the United States has received additional information that has caused the pursuit of this prosecution charging Defendant with Importation of Methamphetamine to be reevaluated. Of note, the United States learned on June 30, 2025, that there was an additional video camera at the San Ysidro Port of Entry located within the vicinity of where the formal arrest and booking of Defendant occurred. While this camera would not have captured video of the formal arrest, it had the capability

-1-

to capture audio of the encounter. The footage from that camera no longer exists. Accordingly, the United States now seeks to dismiss this case without prejudice.

DATED:  July 1, 2025                    Respectfully submitted,

                                         ADAM GORDON
                                         United States Attorney

                                         /s/ *R. Aaron McElhose*
                                         R. AARON McELHOSE
                                         Assistant United States Attorney