# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERCIA,

    Plaintiff,

    v.

Johnathan Bodine Bonyhard,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 25-CR-984-BTM

**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE**

The Honorable Barry Ted Moskowitz

The United States of America's Unopposed Motion to Dismiss the Information (ECF No. 16), without prejudice, is **GRANTED**.  The Court **DISMISSES** the Information without prejudice. The bond is exonerated.

DATED: July 2, 2025

_____
**Hon. Barry Ted Moskowitz**
United States District Judge

-1-

ORDER GRANTING THE UNITED STATES' MOTION
TO DISMISS THE INFORMATION WITHOUT PREJUDICE